*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2019

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States District Courthouse
40 Foley Square – Room 2202
New York, New York 10007

                Re:    United States v. Madars Jankevics, et al.,
                           <u>Docket No. 16-CR-00692</u>

Dear Judge Furman:

Please find enclosed <u>6</u> Victim Impact Statements for the above-referenced case scheduled for sentencing on March 8, 2019.

Thank you for your attention.

                Very truly yours,

                GEOFFREY S. BERMAN
                United States Attorney

              By: *Wendy Olsen*
                Wendy Olsen Clancy
                Victim Witness Coordinator
                (212) 637-1028

Enclosures:

cc:    Assistant United States Attorney Matthew Hellman, with attachments
       Assistant United States Attorney Daniel Nessim, with attachments
       Assistant United States Attorney Emily Johnson, with attachments
       Assistant United States Attorney Jeffrey Coffman, with attachments

United States Probation Officer Jill Jeffries, with attachments
Jeremy Schneider, Esq., with attachments
Spencer Bruck, Esq., with attachments
Ellen M. Murphy, Esq., with attachments
Greg Morvillo, Esq., with attachments

## Victim Impact Statement of Joseph A. Proietto

Victim Identification Number (VIN)

Case # 281H-NY-7786746

Prior to the events on November 28th 2017 I was enjoying my retirement years after working in the swimming pool industry for 43 years. In those hard working 43 years I was able to provide for myself and my wife a comfortable life in which we were able to finally relax and enjoy our remaining years together spending time with our three children and five grandchildren without the worry of financial burdens. One of those ways in which we would spend time was by going to various car shows with my family. Seeing the cars and trucks would spark memories of my past in which I would enjoy sharing with my grandkids and teaching them about the "good old days". One of those being when my Uncle Gus "Cosmo" Borzillo taught me how to drive on his 1951 Ford F100 pickup. Or about how when I saw a 1951 Chevy it reminded me of my first summer job working for Frank Pickerelli, a local mason in the town I grew up in.

I had been wanting one of these trucks and had been searching for years so when I finally saw the pair on the defendant's website Idahosa Motors I became elated with joy and immediately called to inquire about them. After several conversations and negotiations with "Randy Meyers", a man who came across to me as a "good natured" southern man who was also fond of the days when life was slower and more honest. Little did I know at the time the hell that my life was about to become just a few short days later.

Once the money, ($35,050.00), was transferred on the 28th I was promised the trucks would be delivered on the 30th. I remember feeling like I did back when I was a kid on Christmas Eve. A level of excitement and joy I hadn't felt since way back then. My son and daughter kept laughing at me watching me pace back and forth repeatedly looking out the window for them to arrive. My life was forever changed that day and the last time I felt that way.

After waiting and waiting I called "Randy" and he told me that the delivery truck broke down but assured me that my trucks would be there in two hours. Two hours went by but still nothing so I called again but he had blocked my number. That's when my heart sank and I knew something was wrong.

Since that terrible day I have had to go back to working on a regular basis. The loss of this money has made my dream of retirement and being able to enjoy my life exactly that, only a dream. You see, my wife has Huntingdon's disease and her symptoms have escalated to a point in which she needs full time care, which is expensive. Being as I have had to go back to work I am not able to be there to take care of her. If I still had that money or the vehicles I would have been able to at least sell one of them to aid in paying for her full time care. Not only has my financial situation been affected but also my spirit. I turn 66 tomorrow March 7th and my body and mind aren't what they once were. I am not able to work like I used to. My body is tired and broken. I have a bad back and often times I make mistakes or forget things. This is not how I pictured my life to be at this age. I worked hard all my life and planned for a different life. I did not choose to have it like this. My dream was stolen from me and a large part of my life as well.

Thank you for hearing about my situation before sentencing.

Sincerely,

*Joseph A Proietto*

# IDAHOSA MOTORS INC.

www.idahosamotors.com
7609 Leavenworth Rd Kansas City, KS 66109
phone : 913-945-1166
fax : 913-369-4057

## ORDER#QF03281

| | | | |
|---|---|---|---|
| **To:** | JOE | **From:** | RANDY MEYERS |
| **Fax:** | | **Pages:** | 3 |
| **Phone:** | | **Date:** | 11/27/2017 |
| **Re:** | 1951 CHEVROLET 3100 | | |
| | 1951 FORD F100 | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

**NOTE :**

Hello Joe ,

Please sign and date the agreement and fax it back to us along with a copy of the wire receipt.

# IDAHOSA MOTORS, INC.
## Dba TADER INC
7609 Leavenworth Rd, Kansas City, KS 66109
www.idahosamotors.com

**THIS AGREEMENT IS NOT BINDING UNLESS SIGNED BY THE SELLER AND THE BUYER**

BUYER : **Joseph A Proietto**  
ADDRESS :

REG TO: **JOE**  DATE: **11/27/2017**  
PHONE :           FAX:  
SALESMAN : **R. MEYERS**

| NEW ☐ / USED ■ | YEAR | MAKE | MODEL | BODY | MILLEAGE | COLOR | V.I.N.# | STOCK NO. |
|---|---|---|---|---|---|---|---|---|
| USED ■ | 1951 | CHEVROLET | 3100 | PICK-UP | 302 | RED | 6KRJ3122 | IM092 |
| USED ■ | 1951 | FORD | F100 | PICK-UP | 308 | RED | MAC83BHQ20211 | IM0781 |

PRIOR USE CERTIFICATION (required by Vehicle and Traffic Law 417-A if principal prior use of vehicle were as police vehicle, taxicab, driver education vehicle or rental vehicle). The principal prior use of vehicle was a police vehicle _____, taxicab _____, driver education vehicle _____ or rental vehicle _____).

## THE TRADE-IN

| STOCK# | VIN# | | MILLAGE | |
|---|---|---|---|---|
| YEAR | MAKE | MODEL | BODY | COLOR | TRANS |

BANK HOLDING LIEN ON TRADE     PLATE NO.     EXP DATE.  
BANK ADDRESS  
LIEN ACCT. #                          CLOSE OUT $0.00  
GOOD UNTILL     VERIFIED BY                DATE

## SUMMARY OF PURCHASE

| | |
|---|---|
| LIST PRICE | $35000.00 |
| INSTALLED ACCESORRIES: | $0.00 |
| ELECTRONIC CORROSION PROTECTION: | $0.00 |
| SERVICE CONTRACT: | $0.00 |
| OTHER: | $0.00 |
| DOC FEE | $50.00 |
| NET TAXABLE PRICE | $0.00 |
| SALES TAX – County/State | $0.00 |
| LICENSE, TITTLE, REGISTRATION (Estimate) | $0.00 |
| LESS TRADE-IN CREDIT | $0.00 |
| SHIPPING | $0.00 |
| DOWNPAYMENT(S) | $0.00 |
| REBATE(S) | $0.00 |
| OWING ON TRADE | $0.00 |
| GRAND TOTAL | $35050 |
| REMAINING BALANCE | $0.00 |

## CONSUMER NOTICES

IF YOU AGREE TO ASSIST ME IN OBTAINING FINANCING FOR ANY PART OF THE PURCHASE PRICE, THIS ORDER SHALL NOT BE BINDING UPON YOU OR ME UNTIL ALL OF THE CREDIT TERMS ARE PRESENTED TO ME IN ACCORDANCE WITH REGULATION "Z" (TRUTH-IN-LENDING) AND ARE ACCEPTED BY ME. IF I DO NOT ACCEPT THE CREDIT TERMS WHEN PRESENTED I MAY CANCEL THIS ORDER AND MY DEPOSIT WILL BE REFUNDED

IF THE VEHICLE IS NOT DELIVERED IN ACCORDANCE TO THIS AGREEMENT WITHIN 30 DAYS AFTER THE ESTIMATED DELIVERY DATE AND THE DELAY IS NOT ATTRIBUTABLE TO YOU, YOU HAVE THE RIGHT TO CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND OF YOUR DEPOSIT

IF UNDER THE LAW OF THE STATE OF KANSAS CONTROLLING THE SALE OF USED MOTOR VEHICLES, YOU SHOULD BE ENTITLED TO A REFUND IN CONNECTION WITH THIS TRANSACTION, THE VALUE OF ANY VEHICLE YOU MIGHT HAVE TRADED-IN SHALL NOT BE THE VALUE LISTED IN THIS DOCUMENT. INSTEAD, THE VALUE SHALL BE DETERMINTED BASED ON THE NATIONAL AUTO DEALERS ASSOSIATION USED CAR GUIDE WHOLESALE VALUE OR OTHER GUIDE APPROVED BY THE COMMISSIONER OF MOTOR VEHICLES, AND ADJUSTED FOR MILLAGE, IMPROVEMENTS AND ANY MAJOR VISUAL OR FUNCTIONAL DEFECTS.

## REFUND POLICY
SELLER AGREES TO REFUND ANY AMOUNT PAID BY THE BUYER EXCEPT A $200.00 RE-ADVERTISING FEE IF WITHIN 5 BUSINESS DAYS AFTER INSPECTION THE BUYER DECIDES TO CANCEL THE TRANSACTION AND REQUIRES A REFUND. THE REFUND SHALL BE ISSUED WITHIN NO MORE THAN 2 BUSINESS DAYS.

## ORDER AGREEMENT

BASED UPON THE TERMS SPECIFIED ON THIS ORDER, I HEREBT AGREE & ATTEST TO THE FOLLOWING :
- I HAVE READ AND ACCEPT THESE TERMS
- I WILL PURCHASE THE ABOVE VEHICLE FROM YOU
- IF TRADING A VEHICLE I ATTEST THAT THERE ARE NO LIENS ON IT

BUYERS SIGNATURE *Joseph A Proietto*  DATE **11/28/17**

APPROVED BY / SELLER _____  DATE

Estimated Delivery Date **12/1/2017**  
Delivery Location **BRIDGEPORT, PA**

THIS TRANSACTION IS BASED ON A CASH DIFFERENCE OF  
**$35050.00**

11/28/2017 1951 Ford F-100 short box custom pickup – Idahosa Motors Inc. – Used Cars / Financing / Service – Kansas City KS Dealer

Case 1:16-cr-00692-JMF    Document 253    Filed 03/07/19    Page 6 of 18



(https://idahosamotors.com/wp/wp-content/uploads/2017/09/TT_stock0781-4.jpg)



## $18,400

✉ REQUEST INFORMATION (MAILTO:SALES@IDAHOSAMOTORS.COM?SUBJECT=VEHICLE INFORMATION REQUEST&BODY=I WOULD LIKE TO REQUE

---

### IDAHOSA MOTORS FINANCING CALCULATOR

| | |
|---|---|
| Purchase price: $ | 0 |
| Down Payment: $ | 0 |
| Interest Rate: % | 2.5 |
| Loan Term: Years | 5 |
| Monthly Payment: $ | 0.00 |

---

### CONTACT US TODAY

First Name

Last Name

Email

Phone ▼

12/7/2017 1951 Chevy 3100 Pickup 5 Window Hotrod – Idahosa Motors Inc. – Used Car Financing Service – Kansas City KS Dealer

Case 1:16-cr-00692-JMF   Document 255   Filed 03/07/19   Page 7 of 18



(https://idahosamotors.com/wp/wp-content/uploads/2017/11/STOCKIM092-5.jpg)



## $18,200

✉ REQUEST INFORMATION (MAILTO:SALES@IDAHOSAMOTORS.COM?SUBJECT=VEHICLE INFORMATION REQUEST&BODY=I WOULD LIKE TO REQUE

### IDAHOSA MOTORS FINANCING CALCULATOR

| | |
|---|---|
| Purchase price: $ | 0 |
| Down Payment: $ | 0 |
| Interest Rate: % | 2.5 |
| Loan Term: Years | 5 |
| Monthly Payment: $ | 0.00 |

### CONTACT US TODAY

First Name

Last Name

Email

Phone ▼

**From:** Nessim, Daniel (USANYS)
**To:** Figueroa, Ivy (USANYS) 1
**Cc:** Hellman, Matthew (USANYS); Johnson, Emily (USANYS) 2; Bagoyo, Justin (USANYS)
**Subject:** FW: VICTIM IMPACT STATEMENT REQUEST (MJ)
**Date:** Wednesday, March 06, 2019 3:54:23 PM

2 of 5

**From:** Fox, Christina L. (NY) (FBI)
**Sent:** Wednesday, March 6, 2019 12:38 PM
**To:** Bagoyo, Justin (USANYS) ; Jackson, Angela (NY) (FBI)

**Cc:** Hellman, Matthew (USANYS) Nessim, Daniel (USANYS) Johnson, Emily (USANYS)
**Subject:** FW: VICTIM IMPACT STATEMENT REQUEST (MJ)

Statement for Jankevics sentencing this Friday

Christina L. Fox
Special Agent
FBI New York

\*\*\* Please note the recent change in my email address from to . All emails sent to my previous email address will be redirected to my new email address.\*\*\*

**From:** William Perschke
**Sent:** Wednesday, March 06, 2019 12:28 PM
**To:** Fox, Christina L. (NY) (FBI)
**Subject:** Re: VICTIM IMPACT STATEMENT REQUEST (MJ)

I investigated the vehicle I was supposed to be buying very carefully...but the group that presented the vehicle for sale was very sophisticated in all aspects of the transaction; ie: extensive pictures of the vehicle, the selling dealership, talking with the people, etc..

II was defrauded of $16050.00 (sixteen thousand and fifty) as a result of trying to purchase the vehicle. I did not know this was a fraud until the day the truck was supposed to be delivered to my house.

I contacted Topeka, KS police and they referred me to Phoenix, AZ police (where I live). I contacted Phoenix police...they came out and we talked. The officer I spoke with looked at everything the pictures and paperwork I received, including a bill of sale and a copy of the title, and thought it looked legitimate as well.

I ended up filing a report for Internet crime with the FBI.

I did go back to my bank for a better understanding of what happened and found out the money was not transferred to Topeka, KS where I expected it to go. I took exception with my bank for not telling me about the location of where the money went. I worked with a member of the bank fraud dept. and they tried to recover the funds to no avail.

This whole incident was very costly and if it was not for my faith...could have depressed me a lot more.

I am glad these horrible people were caught...they should be punished to the maximum for what they did to folks like me and they should be made accountable for the funds they defrauded from me and I am sure many others.

It has been over a year, so some of the anguish I suffered has worn off. This has been one of the worst experiences of my life (I am 72).

I have 3 grown kids...I cannot speak for how they feel about this...I expect they are pleased the people have been caught as well.

Thank you for letting me tell a little about how this affected me.

William Perschke

On Tue, Mar 5, 2019 at 6:21 PM Fox, Christina L. (NY) (FBI) wrote:

> Hi Perschke,
>
>     I am reaching out to see if you are interested in providing a victim impact statement to be submitted to the court for the sentencing of the individual whose bank account received your funds. The sentencing is scheduled for later this week. If interested in providing a statement, can you please reply to this email by Wednesday, March 6, 2019 and email me a victim impact statement to provide to the judge to review prior to imposing a sentence on the defendant as to how this impacted you and/or your family financially, physically, emotionally etc. You will also receive updated correspondence in the mail from the Southern District of New York after the sentencing to inform you of the case update. I appreciate any statement you are willing to provide. Please do not hesitate to reach out with any questions.
>
> Thank you,
>
> Christina L. Fox
> Special Agent
> FBI New York
>
> *** Please note the recent change in my email address from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ All emails sent to my previous email address will be redirected to my new email address.***

| | |
|---|---|
| **From:** | Nessim, Daniel (USANYS) |
| **To:** | Figueroa, Ivy (USANYS) 1 |
| **Cc:** | Hellman, Matthew (USANYS); Johnson, Emily (USANYS) 2; Bagoyo, Justin (USANYS) |
| **Subject:** | FW: IC3.GOV COMPLAINT/ VICTIM IMPACT STATEMENT REQUEST (MJ) |
| **Date:** | Wednesday, March 06, 2019 3:54:35 PM |

3 of 5.

**From:** Fox, Christina L. (NY) (FBI)
**Sent:** Wednesday, March 6, 2019 11:59 AM
**To:** Bagoyo, Justin (USANYS) Jackson, Angela (NY) (FBI)

**Cc:** Hellman, Matthew (USANYS Nessim, Daniel (USANYS) Johnson, Emily (USANYS) 2
**Subject:** FW: IC3.GOV COMPLAINT/ VICTIM IMPACT STATEMENT REQUEST (MJ)

Statement for Jankevics Sentencing this Friday

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from ▊ to ▊ All emails sent to my previous email address will be redirected to my new email address.***

**From:** Shonna Janes
**Sent:** Tuesday, March 05, 2019 10:09 PM
**To:** Fox, Christina L. (NY) (FBI)
**Subject:** Re: IC3.GOV COMPLAINT/ VICTIM IMPACT STATEMENT REQUEST (MJ)

Dear Sir or Madam,

  I am writing this to inform the court of how this crime impacted my life and my family.  I spoke with the person whoever they were on the phone several times before sending the money. It actually took me several days to as I had a bad feeling in my gut about it that something did not add up. As my husband and I talked more and more about this purchase and I had made sure I contacted Ebay purchase protection and Paypal as well we agreed with each other to go ahead and send the money as this bobcat was a great buy for my husbands business and would save us money as these machines are not cheap. Anyway as our conversation grew farther he also informed me that his shipping would be free for machine as well.

So we then preceded to wire the money to his account at Bank of America like he said. After a few days of no correspondence about shipping i started questioning him he stated he was out of the country and couldn't refund my money until he got back but I could cancel the transaction. Also stated that he couldn't access the money either that there was a hold. After that I told him I was canceling it then and he would never message me again . That's when I knew that he had stolen our money. So I began the process of

reporting him ; first trying to reverse payment for fraud, then starting a fraud case with ebay, filing the appropriate claims I needed to. It all has just been so stressful.

Not to mention my mother is dying from breast cancer right now so this just takes my precious time I have left with her because of you cowardly actions.

This really just turned our world upside down. I couldn't eat, sleep, for weeks. Literally made me sick. This was all of our savings we had in the bank at the time. So; with no machine and no money left we were just OUT OF everything we had. I was worried; how can an individual do something like this to people?? We do have kids and responsibilities to take care of and our own bills you know. It's called real life. You sir took from my kids when you stole this money. SHAME ON YOU . I THINK YOU ARE A COWARD. If you need money that bad go get a job in the real world like everyone else.

 I really hope the court will give this individual or individuals the maximum sentence and show them that they ruined a families life by this crime. It is not a joke. Please don't let them be released and be able to do this to other families again..


*Thank You,*
*Shonna Janes*



*office/fax*


On Tuesday, March 5, 2019, 7:55:45 PM CST, Fox, Christina L. (NY) (FBI) wrote:


Hi Shonna,

   I received your Internet Crime Complaint Center (IC3.GOV) complaint regarding the item you purchased but did not receive. I am reaching out to see if you are interested in providing a victim impact statement to be submitted to the court for the sentencing of the individual whose bank account received your funds. The sentencing is scheduled for later this week. If interested in providing a statement, can you please reply to this email by Wednesday, March 6, 2019 and email me a victim impact statement to provide to the judge to review prior to imposing a sentence on the defendant as to how this impacted you and/or your family financially, physically, emotionally etc. You will also receive updated correspondence in the mail from the Southern District of New York after the sentencing to inform you of the case update. I appreciate any statement you are willing to provide. Please do not hesitate to reach out with any questions.

Thank you,

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from                    to            All emails sent to my previous email address will be redirected to my new email address.***

| | |
|---|---|
| **From:** | Nessim, Daniel (USANYS) |
| **To:** | Figueroa, Ivy (USANYS) 1 |
| **Cc:** | Hellman, Matthew (USANYS); Johnson, Emily (USANYS) 2; Bagoyo, Justin (USANYS) |
| **Subject:** | FW: IC3.GOV/ VICTIM IMPACT STATEMENT REQUEST (MJ) |
| **Date:** | Wednesday, March 06, 2019 3:54:51 PM |

4 of 5.

**From:** Fox, Christina L. (NY) (FBI)
**Sent:** Wednesday, March 6, 2019 11:56 AM
**To:** Bagoyo, Justin (USANYS)                                    Jackson, Angela (NY) (FBI)
**Cc:** Hellman, Matthew (USANYS)                         Nessim, Daniel (USANYS)                            ; Johnson, Emily (USANYS) 2
**Subject:** FW: IC3.GOV/ VICTIM IMPACT STATEMENT REQUEST (MJ)

Statement for Jankevics Sentencing this Friday

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from                              to                    All emails sent to my previous email address will be redirected to my new email address.***

**From:** Mark Harmon
**Sent:** Wednesday, March 06, 2019 12:23 AM
**To:** Fox, Christina L. (NY) (FBI)
**Subject:** Re: IC3.GOV/ VICTIM IMPACT STATEMENT REQUEST (MJ)

Mark Harmon's Statement

  When I bid on that excavator I was preapproved for a loan of the amount I paid. I had to pay for the excavator first because the defendant couldn't wait an extra day for the money. Then I found out that it was a fraud the bank would no longer loan the money. I didn't have that much money on hand. I wasn't able to pay all my bills on time. I know that it hurt my credit rating. Being frauded that much money wasn't good for my marriage the stress wasn't good for health.
  I have always trusted people but now I'm more carefull.

Mark Harmon


Sent from Yahoo Mail for iPhone

On Tuesday, March 5, 2019, 7:33 PM, Fox, Christina L. (NY) (FBI) wrote:

Hi Mr. Harmon,

   I am reaching out to see if you are interested in providing a victim impact statement to be submitted to the court for the sentencing of the individual whose bank account received your funds. The sentencing is scheduled for later this week. If interested in providing a statement, can you please reply to this email by Wednesday, March 6, 2019 and email me a victim impact statement to provide to the judge to review prior to imposing a sentence on the defendant as to how this impacted you and/or your family financially, physically, emotionally etc. You will also receive updated correspondence in the mail from the Southern District of New York after the sentencing to inform you of the case update. I appreciate any statement you are willing to provide. Please do not hesitate to reach out with any questions.

Thank you,

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from to All emails sent to my previous email address will be redirected to my new email address.***

| | |
|---|---|
| From: | Nessim, Daniel (USANYS) |
| To: | Figueroa, Ivy (USANYS) 1 |
| Cc: | Hellman, Matthew (USANYS); Johnson, Emily (USANYS) 2; Bagoyo, Justin (USANYS) |
| Subject: | FW: VICTIM IMPACT STATEMENT REQUEST (MJ) |
| Date: | Wednesday, March 06, 2019 3:55:10 PM |

5 of 5.

**From:** Fox, Christina L. (NY) (FBI)
**Sent:** Wednesday, March 6, 2019 11:58 AM
**To:** Bagoyo, Justin (USANYS) Jackson, Angela (NY) (FBI)
**Cc:** Hellman, Matthew (USANYS) Nessim, Daniel (USANYS) Johnson, Emily (USANYS) 2
**Subject:** FW: VICTIM IMPACT STATEMENT REQUEST (MJ)

Statement for Jankevics Sentencing this Friday

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from                       to                      All emails sent to my previous email address will be redirected to my new email address.***

**From:** JUAN MEZA
**Sent:** Wednesday, March 06, 2019 12:10 AM
**To:** Fox, Christina L. (NY) (FBI)           JUAN MEZA
**Subject:** Re: VICTIM IMPACT STATEMENT REQUEST (MJ)

Hi Christina it was nice to speak to you today.
 And today you make me remember few years ago when this fraud happen to me.. it was very frustrating time for me I own an small electrical company here in CA and I being trying to own mostly all my tools and equipment wish some times pay for everything is hard , so any ways by the time this incident happen I need this equipment to do an electrical job so I was loan 75k dll from bank of America to be use on equipment for the company, wish I still paying for.
 so because the limited founds I look for the betters deals around and also true Ebay fortunately before I make any money payments I spoke to eBay and PayPal to make sure the transaction and the person on the other side of transaction where legit, I even make a 3 way phone call whit seller, eBay, and myself.. eBay and PayPal agree to do the transaction they said seller where just fine,. so I did what a responsible person should do informing my

concerns to eBay and PayPal .

 what  was my surprise  when the seller disconnect he's phone number   no answering to my calls and also no shipping information ... I did   start the dispute  a soon as I could  .

I  am a sick man married whit  wife non working taking care of my two daughters  6 and 8 at the time  fighting type 1 diabetes and related sickness of this decease  .. when I notice about  this  fraud it really impact  my  health the stress and flavor of deception when up to the sky having the sense of have to pay for a money  which  I  didn't have any more and now have to rent a machine to perform my job,  wasn't easy at the time.

 I am so grateful  one because  PayPal insurance refund the money   even that this took almost two long months  and all the paperwork submitted in order to not loose my money for timing limits  and paperwork need it   and second because the law enforcement where able to capture this criminals and hopefully  this crimes have a good punishment,  I know this  won't stop all the criminals around but at least now having the police capture this ones I hope they receive what they deserve  thank you  very much Judge  for taking the time to read   my  letter and I know you will give a sentence  the one keep this criminals out for a while this won't  make it up for my health  but at least some one else will be free of fraud from this criminals  thank you   and  please keep me updated .  sincerely Juan J Meza

***MEZA ELECTRIC INC.***

---

**De:** Fox, Christina L. (NY) (FBI)
**Enviado:** miércoles, 6 de marzo de 2019 01:28 a. m.
**Para:**
**Asunto:** VICTIM IMPACT STATEMENT REQUEST (MJ)

Hi Mr. Meza,

   I am reaching out to see if you are interested in providing a victim impact statement to be submitted to the court for the sentencing of the individual whose bank account received your funds. The sentencing is scheduled for later this week. If interested in providing a statement, can you please reply to this email by Wednesday, March 6, 2019 and email me a victim impact statement to provide to the judge to review prior to imposing a sentence on the defendant as to how this impacted you and/or your family financially, physically, emotionally etc. You will also receive updated

correspondence in the mail from the Southern District of New York after the sentencing to inform you of the case update. I appreciate any statement you are willing to provide. Please do not hesitate to reach out with any questions.

Thank you,

Christina L. Fox
Special Agent
FBI New York

*** Please note the recent change in my email address from ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ to ▓▓▓▓▓▓▓▓▓▓ All emails sent to my previous email address will be redirected to my new email address.***

**From:** Nessim, Daniel (USANYS)
**To:** Figueroa, Ivy (USANYS) 1
**Cc:** Hellman, Matthew (USANYS); Johnson, Emily (USANYS) 2; Bagoyo, Justin (USANYS)
**Subject:** FW: VICTIM IMPACT STATEMENT REQUEST (MJ)
**Date:** Wednesday, March 06, 2019 3:55:47 PM

I was wrong. There are six emails. Here is the sixth. Thank you!

**From:** Fox, Christina L. (NY) (FBI)
**Sent:** Wednesday, March 6, 2019 11:54 AM
**To:** Bagoyo, Justin (USANYS         ); Jackson, Angela (NY) (FBI)
**Cc:** Hellman, Matthew (USANYS)           ; Nessim, Daniel (USANYS)           ; Johnson, Emily (USANYS) 2
**Subject:** FW: VICTIM IMPACT STATEMENT REQUEST (MJ)

Statement for Jankevics Sentencing this Friday

Christina L. Fox
Special Agent
FBI New York

\*\*\* Please note the recent change in my email address from ▮▮▮ to ▮▮▮. All emails sent to my previous email address will be redirected to my new email address.\*\*\*

**From:** smokeymcmichael ▮▮▮
**Sent:** Wednesday, March 06, 2019 9:35 AM
**To:** Fox, Christina L. (NY) (FBI)
**Subject:** Re: VICTIM IMPACT STATEMENT REQUEST (MJ)

Your Honor,
This person has ruined my life. He took my money and left me with hardly any retirement money. I am 72 and my wife has become legally blind and the 3900 dollars he took from me would help with med bills.
I know I will never see the money again. So I hope you will show him mercy and give give him the max the law will allow and make him pay restitution.
Regards
Joseph McMichael



Sent from my T-Mobile 4G LTE Device

-------- Original message --------

From: "Fox, Christina L. (NY) (FBI)"
Date: 3/5/19 6:10 PM (GMT-07:00)
To:
Subject: VICTIM IMPACT STATEMENT REQUEST (MJ)

Hi Mr. McMichael,

It was a pleasure speaking with you this evening. I am reaching out to see if you are interested in providing a victim impact statement to be submitted to the court for the sentencing of the individual whose bank account received your funds. The sentencing is scheduled for later this week. If interested in providing a statement, can you please reply to this email by Wednesday, March 6, 2019 and email me a victim impact statement to provide to the judge to review prior to imposing a sentence on the defendant as to how this impacted you and/or your family financially, physically, emotionally etc. You will also receive updated correspondence in the mail from the Southern District of New York after the sentencing to inform you of the case update. I appreciate any statement you are willing to provide. Please do not hesitate to reach out with any questions.

Thank you,

Christina L. Fox
Special Agent
FBI New York

\*\*\* Please note the recent change in my email address from                         to
                  All emails sent to my previous email address will be redirected to my new email address.\*\*\*