UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                   **~~EX PARTE~~ ORDER**

                -against-                                16 Cr. 00692 (JMF)

MARTINS APSKALNS,

                                     Defendant.

------------------------------------------------------------------------ x

        Upon the application of defendant MARTINS APSKLANS, through his counsel Eric Franz, Esq., and upon all proceedings previously herein, it is apparent that defendant MARTINS APSKALNS, is financially unable to pay the expense of retaining the services of an Associate Counsel; it is hereby:

        ORDERED that pursuant to 18 U.S.C. 3006(A) (the Criminal Justice Act), that Christopher Wright Esq., is appointed [*nunc pro tunc to January 8, 2019,*] in the above captioned action as Associate Counsel, pursuant to the Southern District of New York's Criminal Justice Act Mentoring Program, to assist in the representation of defendant MARTINS APSKALNS. As such Christopher Wright, Esq. will be compensated in accordance with the Criminal Justice Act at the rate of $65.00 per hour after providing 15 *pro bono* hours of service in the case.

Dated:     New York, New York
             May 2, 2019

                                                   THE HONORABLE JESSE M. FURMAN
                                                   United States District Judge