**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 22, 2020

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Martins Apskalns*, S9 16 Cr. 692 (JMF)

Dear Judge Furman:

    In advance of the sentencing scheduled for January 29, 2020 in the above-captioned matter, two redacted victim impact statements pertaining to Martins Apskalns are attached.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Emily A. Johnson
    Matthew J.C. Hellman
    Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-2409 / -2278 / -2486

cc:    Eric Franz, Esq. (by ECF and email)
        Christopher Wright, Esq. (by ECF and email)

For months, I have been struggling with writing this "Victim impact statement". Putting the words into writing make the fact that I am actually a victim of a crime a reality, instead of just a bad dream.

I want each one of the people that were involved in this theft ring to know who I am and understand the impact of your selfish, despicable choices, you may have victimized me, but I will not be your victim.

I have worked full time since I was 14 years old. I have never asked for anything from anyone. I put myself through 12 years of college, earning three college degrees. I began my career as a Special Education teacher, teaching the most vulnerable children. Since then, I have been gainfully employed with an educational non-profit for the last 15 years. I am married to a fire-fighter that risks his life daily for complete strangers.

We have devoted our lives to being good people. We are not wealthy by any stretch of the imagination, but we try to do right by our community and our three young children.

I have been driving the same beat up- 2000 Toyota for the last 10 years. My husband and I finally felt like it was the right time to splurge and get a nicer vehicle. We searched for months and months and finally found what we thought would be our perfect vehicle. Through countless emails, phone calls, fake photos, fake pictures of a title, we were scammed into sending $40,000 to Matiss Puke. Only to eventually find out it was all a lie. I can never describe the felling and total devastation of waking up knowing that I was responsible for losing $40,000 of my families hard earned money. I have never in my life felt such desperation as I have over this issue. I pray every day that the money would somehow be magically returned.

The $40,000 in it itself is a devastating blow to my family of 5. What is worse is writing a check for over $600 every month for the next 6 years for absolutely nothing, it is a feeling of total disgust and broken heartedness. Not only that, we were previously putting $200 per month per child into their college savings, so that they would have a better future. That money now must be diverted to the debt. So, you not only stole from us, you stole a big and important part of my children's future. For that I will never forgive you!

What is most disheartening are the sentences that I have seen passed down for these criminals. Two years, three years, time served, etc. These criminals that prey on the innocent without an ounce of conscience are getting sentenced to less time than in the time I will have my loan payed off. If I had my wish, I would wish they would serve a year for every $1000 they stole. That way they can have a nice long life to reflect on all the damage they have done. So much more damage than the monetary consequence.

I want you to know that I am not your victim, even though you have victimized me with malice and bad intent. I will not let you change me, I will continue to be a good person, who does right for other people and believes in the good in this world and I pray some day you can recognize the long reaching impacts of your actions and find a semblance of a conscience somewhere deep inside.

Respectfully,

Misty Sprague

## VICTIM IMPACT STATEMENT

Victim: Benjamin Tarin
USAO Number:
Court Docket N:_____

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

On 5/21/2018 I contacted a Dr. Charles T Walker to purchase a 1932 Ford Coupe, red for 17,800 dollars. Dr. Walker emailed me back and asked me to register with Elk Horn Express that will handle all paperwork for the purchase of said vehicle.

Dr. Walker also stated on how to star the process with Elk Horn Express. When I called to talk to someone at Elk Horn express a person by the name of Andrew Place told me to make a bank wire from my bank to a Car tools/ Citi Bank for 17,800. I questioned Andrew and ask why the use of Car Tools? Andrew Place said that this company was working with Elk Horn Express.

Andrew Place from Elk Horn Express informed me that they received the money wire and that all the paper work that he sent to me for my signature was in order. Andrew Place said that the car will be delivered on June 8th 2018.

The car was not delivered on the date expected. I called Andrew at Elk Horn Express and left messages and no responded back to me. I did not hear or could contact Andrew Place or Dr. Charles T. Walker. I have enclosed copies of the paper work Andrew Place had me sign.

.BT.

Benjamin Tario Jr.

Hi Dr. Walker,

Thank you for your response. Live in Idaho in a town called Rigby. Can you send me more photos of the car? I would like to she photos of the under carriage and engine. If I do decide to buy the car, do you have any idea how I can ship it to Idaho and what would be the cost?

Thank you

Ben Tario



Sent from Mail for Windows 10

**From:** Dr. Walker
**Sent:** Monday, May 21, 2018 1:53 PM
**To:**
**Subject:** Re: Inquiry about 1932 Ford Other COUPE

Hello there!
Let me say that the Ford COUPE is available for $17,850.
One of the cleanest Ford COUPE for sale anywhere. 1932 with only 32003 miles. A Ford COUPE with 350 ci SMALL BLOCK 400 hp, EDELBROCK INTAKE & CARB, 350 TRUBO TRANSMISSION, CUSTOM INTERIOR, ALL POWER, COLD A/C plus many many more features. One of the best all around driving cars you can buy. A Totally Rust, Corrosion And Flood Free Vehicle. Never been in any accidents. Clear title.
Where are you located?
If you have any further questions please do not hesitate ask.

Thank you,

Dr. Charles T Walker | Emergency Medicine Specialist | Medical Corps(RAMC)

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Medical Corps(RAMC) is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

--

Dr. Charles T Walker | Emergency Medicine Specialist | Medical Corps(RAMC)

This e-mail message may contain confidential or legally privileged information and is intended only for the use of the intended recipient(s). Any unauthorized disclosure, dissemination, distribution, copying or the taking of any action in reliance on the information herein is prohibited. E-mails are not secure and cannot be guaranteed to be error free as they can be intercepted, amended, or contain viruses. Anyone who communicates with us by e-mail is deemed to have accepted these risks. Medical Corps(RAMC) is not responsible for errors or omissions in this message and denies any responsibility for any damage arising from the use of e-mail. Any opinion and other statement contained in this message and any attachment are solely those of the author and do not necessarily represent those of the company.

**From:** Dr. Walker
**Sent:** Wednesday, May 23, 2018 10:57 AM
**To:** Debi Tario
**Subject:** Re: Inquiry about 1932 Ford Other COUPE

Hello Ben,

In order for me to to start a transaction you need to register on the shipping company website: https://www.elkhornexpresstransport.com
After the registration is complete please contact me to start the transaction through them.
Thank you,

On Wed, May 23, 2018 at 9:50 AM, Debi Tario ▓▓▓▓▓▓▓▓▓▓ wrote:

Yes, I am interested. Please give instructions on how to proceed.

On Wed, May 23, 2018, 10:34 AM Dr. Walker ████████████████ wrote:

Hello Ben,

I have attached a full set of pictures for you. Please check them and let me know if you are interested. The reason of sale is that we are trying to save our vintage furniture restoring and manufacturing business from foreclosure by liquidating some assets and we need the money fast, we also have a boat for sale and some wood crafting machinery. Priced for a quick sale. Because my time is very important and and I'm dedicated to my career a third party company is the best choice for us. They will protect both of us in this transaction. I know it's been advertised in a few areas but the car is in Columbia, MO ready to go. I arranged for the sale before I left the country so my presence won't be necessary. They are supervising the entire sale process from payment, shipping with a inspection period (7 days), title(clear) transfer service or/and (if needed) returns and refunding. As for the payment we can start a transaction through the shipping company where I'm already registered. You will have to register too on their website, then you have to contact me to start the transaction. If you are serious about buying the car, shipping/handling is included in the price. You will only pay the car price.
If you want to move forward please contact me back so we can get the ball rolling. Don't let this beauty go away !!

Thank you,

PS: I'm in the Army and I don't have all the time access to Internet. It may take more than more than usual to get back with you.

On Mon, May 21, 2018 at 1:01 PM, Debi Tario ▓▓▓▓▓▓▓▓▓▓ wrote:

P. 1

✳ ✳ ✳   Communication Result Report ( May. 23. 2018  2:54PM ) ✳ ✳ ✳

1) Bank of Idaho/Cha DrvThu
2)

Date/Time: May. 23. 2018  2:54PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 6553 | Memory TX | CSC / OPS | P. 1 | OK | |

Reason for error
E. 1) Hang up or line fail              E. 2) Busy
E. 3) No answer                          E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size          E. 6) Destination does not support IP-Fax

INSTRUCTIONS: Always complete sections A, B and C.

All funds transfers are subject to laws and regulations found within the Uniform Commercial Code - Article 4a.
** Wires may be assessed fees by the receiving financial institution that are unknown and not controlled by the Bank of Idaho which may reduce the final amount received by the beneficiary**

SECTION A - WIRE FROM

| DATE RECEIVED 05/23/2018 | TIME RECEIVED 2:45 pm | AMOUNT 17850.00 | ☒ X ☐ FX |

CUSTOMER/ORIGINATOR NAME: BENJAMIN ZARYO
ACCOUNT NUMBER/CHARTER: 21054092
ORIGINATOR ADDRESS: PO BOX 63 [illegible]  CITY: RIGBY  STATE: ID  ZIP: [illegible]

WIRE INSTRUCTION RECEIVED BY: ☒ PERSON ☐ PHONE (if queried by authorized variant/agreement on file) ☐ MAIL ☐ FAX (customer call back name & time)   CHECK IF FOREIGN WIRE ☐

SECTION B - WIRE TO

BENEFICIARY NAME: CARTOOLS INC.
BENEFICIARY ADDRESS: 183 S CRESTVIEW DR   CITY: PAUL   STATE: ID   ZIP: 83347

BENEFICIARY BANK: CITIBANK
399 PARK AVENUE       NEW YORK   NY   10043

BENEFICIARY BANK PHYSICAL ADDRESS (Optional insert if provided) ROUTING CODE - INTERNATIONAL PAYMENTS
CITY, STATE AND ZIP CODE (Required)

BENEFICIARY'S ACCT NUMBER: 914-4803-164
BENEFICIARY ABA / ROUTING NUMBER for US payments/SWIFT Code for foreign payments: 021-000-089

SPECIAL INSTRUCTIONS:
REF EXL527097203508

SECTION C - FEE & AUTHORIZATIONS

CUSTOMER SIGNATURE: [signature]       FEE AMOUNT: $ 20.00
Derek N Withers BIM Generated
FORM PREPARED BY EMPLOYEE NAME AND TITLE/POSITION       OFFICER APPROVAL (IF APPLICABLE)

BOOKKEEPING USE ONLY

| ENTERED BY: | VERIFIED BY: | TIME VERIFIED: | INTERNATIONAL WIRE CONTROL #: | OFAC PERFORMED BY: |

** Memo posting to be completed by the branch.
**Ops Center Scan OFAC (through Verafin)

(updated 04/20/2018)

## USED VEHICLE PURCHASE CONTRACT

### 1.1 THE SELLER:

First Name(s): Charles T

Last Name: Walker

Address: █████████████████████

### 1.2 THE BUYER:

First Name(s): Ben

Last Name: Tario

Address: █████████████████████

The parties choose the above stated addresses as their physical addresses at which legal proceedings may be instituted.

### 2. THE OBJECT OF THE SALE IS:

2.1 Make: FORD

2.2 Model: ALL STEEL

2.3 Year: 1932

2.4 Fuel: Gasoline

2.5 Color: Red

2.6 Vehicle Identification Number (VIN): AB5046555

### 3. OWNERSHIP:

3.1 The Seller guarantees that he is the true and lawful owner of the above-described vehicle and that it is free of all encumbrances and any and all legal claims.

### 4. WARRANTY:

4.1 The seller warrants that at the date of signature of this agreement there is no finance owing on the vehicle or other penalties outstanding against the registration of the vehicle sold in terms of this agreement.

Document Filled 05/23/2018

## 5. NO WARRANTIES OR GUARANTEES:

5.1 The Seller or his/her agent gives no warranty or guarantee other than those specified in 3.1 and 4.1

## 6. DISCLAIMER:

6.1 The vehicle in this agreement will be presented as described in both the internet advertisement and as described in a subsequent e-mail conversation between the Seller and Buyer.

6.2 Buyer accepts/reject the vehicle. When the Buyer accepts the vehicle or the inspection period expires (at which point, the Buyer automatically accepts), the disbursement of payment will begin. Please note that Elk Horn Express Transport may perform additional verification before funds are released.

What happens if the Buyer rejects the vehicle?

When the Buyer rejects the vehicle during the inspection period, Elk Horn Express Transport will inform the Seller that the Buyer has rejected the vehicle. The Seller is responsible for paying the return shipping costs, and insurance costs upon rejection. On return, Elk Horn Express Transport will reimburse the Buyer the full amount within 24 hours or 72 hours for international transactions.

## 7. LEGAL AGE:

7.1 The Buyer is of legal age and legally competent to enter into this agreement.

## 8. ELK HORN EXPRESS TRANSPORT PROTECTION PROGRAM:

The Elk Horn Express Transport program provides protection of up to $50,000.00 against certain losses associated with some types of fraud. You are automatically enrolled in the program at no charge when you complete the purchase of an eligible vehicle with us – Elk Horn Express Transport.

The following types of fraud and material misrepresentation are covered:

- Paying for a vehicle and never receiving it;
- Sending a deposit for a vehicle and never receiving the vehicle;

Paying for and receiving a vehicle:

- that was a stolen vehicle at the time of the transaction;
- with an undisclosed or unknown lien against its title;
- of a make and/or model that is different than what was described in the seller's listing;
- without receiving the title for that vehicle from the seller, if it is impossible for you to obtain a title from the appropriate Department of Motor Vehicles;
- whose title is subject to an undisclosed salvage, rebuilt/rebuildable, unrebuildable, reconstructed, scrapped/destroyed, junk, lemon, manufacturer buyback, or water damage title brand at the time of the sale;
- with a model year that is different than the model year described in the seller's listing;

## Elk Horn Express Transport
Ready, Set, Done
Track this shipment via the web site: http://www.elkhornexpresstransport.com
**Shipment bill** (Non negotiable)

**ORIGIN:** 65202
**DESTINATION CODE:** 83442

**Payer account number and insurance details**
Charge to: ☑ Shipper  ☐ Receiver  ☐ 3rd party  ☑ Cash  ☑ Bank Transfer  ☑ MoneyGram
TRACKING Number: EL15270972835US
Shipment Insurance see reverse
Your insured value (in local currency): US $17,850.00
Not all payment options are available in all countries.

EL15270972835US

**From (Shipper)**
First name: **Charles T**
Last name: **Walker**
Shipper's reference (up to 32 characters but only first 12 will be shown on invoice): EL15270972835US
Company name: **Army Corp**
Address: [REDACTED]
Postcode/Zip Code (required): [REDACTED]
Country: **United States**

**To (Receiver)**
First name: **Ben**
Last name: **Tario**
Delivery address: [REDACTED]
Postcode/Zip Code (required): [REDACTED]
Country: **Usa**
Contact person: **Ben Tario**
Phone, Fax or E-mail (required): [REDACTED]

**Shipment details**
Total number of packages: 1
Total Weight: 2579 kg

**Full description of contents**
Give content and quantity
**1932 Ford Coupe**

**Non-Document Shipments Only (Customs Requirement)**
Attach the original and four copies of a Proforma or Commercial Invoice
Shipper's VAT/GST number
Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs
Harmonised Commodity Code if applicable

TYPE OF EXPORT: ☑ Permanent  ☐ Repair/Return  ☐ Temporary
Destination duties/taxes if left blank receiver pays duties/taxes
☐ Receiver  ☑ Shipper  ☐ Other

**Shipper's agreement (Signature required)**
Signature: [signature]   Date: 05/23/2018

**Services**
☑ Express 0
☐ Express 12
☐ Express / Worldwide
☐ Express Envelope
☐ Other

CURRENCY | TOTAL

PAYMENT DETAILS (Cheque, Card No.)
No.:
Type    Expires
Picked up by
Route No.
Time    Date

# Elk Horn Express Transport

www.elkhornexpresstransport.com
support@elkhornexpresstransport.com
+1 (877) 770-9476
183 S Crestview Dr

---

SHIPMENT RECEIPT
TRACKING NUMBER: EL15270972835US
SHIPPING CHARGES: 0
SERVICES: Express 9

---

SHIPMENT DETAILS
INSURED VALUE: US $17,850.00
CONTENT: 1932 Ford Coupe

---

TO (RECEIVER)
Ben Tario


---

DATE: 05/23/2018

---

Unless otherwise agreed in writing, I/we agree that Elk Horn Express Transport Terms and Conditions of Carriage are all the terms of the contract between me/us and Elk Horn Express Transport and (1) such Terms and Conditions and, where applicable, the Idaho Convention limits and/or excludes Elk Horn Express Transport liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods.

---

Shipping and handling charges are not refundable.

---

Thank you for using
Elk Horn Express Transport

- with an odometer reading that is different than the odometer reading described in the seller's listing

### 9. PURCHASE PRICE:

9.1 The Purchase price is the sum of **US $17,850.00** as agreed by both parties.

9.2 The Buyer need to provide the payment of the sum at the engaged company Elk Horn Express Transport which is fully refundable if will not be satisfied after an inspection conducted by either the buyer or a nominated person.

9.3 The vehicle will only be delivered to the Buyer once payment has been received as per 9.2

### 10. POSSESSION AND TRANSFER OF RISK:

10.1 The Risk passes to the Buyer once he/she receives the keys of the vehicle or takes possession of the vehicle.

### 11. JURISDICTION:

11.1 **EXCLUSIVE JURISDICTION IN CASE OF BREACH.** The parties, by entering into this agreement, submit to jurisdiction in United States for adjudication of any disputes and/or claims between the parties under this agreement. Furthermore, the parties hereby agree that the courts of United states shall have exclusive jurisdiction over any disputes between the parties relative to this agreement, whether said disputes sound in contract, tort, or other areas of the law.

11.2 **STATE LAW.** This agreement shall be interpreted under, and governed by, the laws of the State of Idaho, United States

IN WITNESS WHEREOF and acknowledging acceptance and agreement of the foregoing, Seller and Buyer affix their signatures hereto.

DATE: 05/23/2018

**Elk Horn Express Transport**          Signature

**Seller:** Charles T Walker             Signature

**Buyer:** Ben Tarlo                     Signature

Document Filled 05/23/2018

**State of Idaho**　　　　　　　　　　　　　　　　　　　　　　**$17,850.00**
**County of Minidoka**　　　　　　　　　　　　　　　　　　　**May 23, 2018**

# CAR BILL OF SALE

**FOR AND IN CONSIDERATION OF** the sum of $17,850.00 inclusive with all sales tax, paid by Bank Transfer, the receipt and sufficiency of which is hereby acknowledged, Charles T Walker (the "Seller"), presently of 714 Demaret DR, Columbia, MO 65202, **DOES HEREBY SELL, ASSIGN, AND TRANSFER** to Ben Tario (the "Buyer"), presently of ▮▮▮▮▮▮▮▮▮▮ the following described motor vehicle (the "Motor Vehicle"):

**Make:** FORD
**Model:** ALL STEEL
**Year:** 1932
**Body Type:** COUPE
**Color:** Red
**Odometer Reading:** 32003 miles
**Vehicle Identification Number (VIN):** AB5046555

## ODOMETER DISCLOSURE

Federal and state law requires that the mileage of the Motor Vehicle be stated upon transfer of ownership. Failure to disclose the mileage or providing a false statement may result in fines and/or imprisonment.

The seller states that the odometer of the Motor Vehicle is 32003 miles. The Seller certifies that to the best of the Seller's knowledge, this reading reflects the actual mileage of the Motor Vehicle. Further, the Motor Vehicle's odometer was not altered, set back, or disconnected while in the Seller's possession, and the Seller has no knowledge of anyone else doing so.

Both Buyer and Seller acknowledge the above odometer statements:

**By:** Charles T Walker　　　　　　　　　　　　**Date:** 05/23/2018

**By:** Ben Tario　　　　　　　　　　　　　　　**Date:** 5-23-18

The Seller's warrants that (1) the Seller is the legal owner of the Motor Vehicle; (2) the Motor Vehicle is being transferred free and clear of any liens and encumbrances; (3) the Seller has the right to sell the Motor Vehicle; and (4) the Motor Vehicle is in good working conditions, but makes no further warranties, whether expressed or implied (except as specifically stated in this Bill Of Sale).

    The buyer has been given the opportunity to inspect the Motor Vehicle for seven (7) days, or alternatively, have the Motor Vehicle inspected.

    The Seller certifies under penalty of perjury that the statements made in this Bill of Sale are true and correct to the best knowledge of the Seller.

By: *[signature]*
Charles T Walker

Date: 05/23/2018

By: *[signature]*
Ben Tario

Date: 5-23-18