UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
:
    -v- : 16-CR-692-13 (JMF)
:
MARTINS APSKALNS, : ORDER
:
    Defendant. :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On December 14, 2021, the Defendant, proceeding without counsel, filed a motion for compassionate release. The Government shall respond no later than **January 14, 2022**; any reply shall be filed by **January 28, 2022**. In their submissions, the parties should address the Defendant's COVID-19 vaccination status.

    The Clerk of Court is directed to mail a copy of this Order to:

> Martins Apskalns
> Marshal Reg. No. 86434-054
> FCI Hazelton
> P.O. Box 5000
> Bruceton Mills, WV 26525

SO ORDERED.

Dated: December 15, 2021
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge