UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                                     :   16-CR-692-13 (JMF)
:
MARTINS APSKALNS,                                                       :   ORDER
:
Defendant.                                              :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On December 14, 2021, the Defendant, proceeding without counsel, filed a motion for compassionate release. *See* ECF No. 536. Upon review of the motion papers, the Court DENIES the motion, substantially for the reasons set forth in the Government's opposition. *See* ECF No. 538.[1] The Clerk of Court is directed to terminate ECF No. 536 and to mail a copy of this Order to:

>   Martins Apskalns
>   Marshal Reg. No. 86434-054
>   FCI Hazelton
>   P.O. Box 5000
>   Bruceton Mills, WV 26525

SO ORDERED.

Dated: March 30, 2022
       New York, New York
                                              _____
                                              JESSE M. FURMAN
                                              United States District Judge

---

[1] The Government's request to file Exhibit A to its submission under seal is granted.