```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
              -v-                                                       :     16-CR-692-13 (JMF)
                                                                        :
MARTINS APSKALNS,                                                       :     MEMORANDUM OPINION
                                                                        :            AND ORDER
                            Defendant.                                  :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On January 3, 2024, Defendant filed a motion, pursuant to 18 U.S.C. § 3582(c)(2), for a reduction of his sentence pursuant to Amendment 821 to the United States Sentencing Guidelines, which went into effect on November 1, 2023, and applies retroactively.  *See* ECF No. 590.  A reduction of sentence is not authorized, however, if the amendment at issue "does not have the effect of lowering the defendant's applicable guideline range." U.S.S.G. § 1.10(a)(2); *see* 18 U.S.C. § 3582(c)(2).  That is the case here.  As relevant, Amendment 821 added U.S.S.G. § 4C1.1, which provides a two-point offense level reduction for "zero point offenders."  A defendant does not qualify for that reduction, however, if he received "an adjustment under §3B1.1 (Aggravating Role)," *id.* § 4C1.1(a)(10), as Defendant did, *see* PSR ¶ 38.  Accordingly, Defendants' motion must be and is DENIED.

      This Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and *in forma pauperis* status is thus denied.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to terminate ECF No. 590 and to mail a copy of this Memorandum Opinion and Order to:

       Martins Apskalns
       Register No. 86434-054
       FCI Memphis
       Federal Correctional Institution
       P.O. BOX 34550
       Memphis, TN  38184

SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                          JESSE M. FURMAN
                                          United States District Judge